# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RAEVON TERRELL PARKER, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:24-cv-01641-HEA |
| STATE OF MISSOURI et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This closed matter is before the Court on Plaintiff Raevon Terrell Parker's motion to proceed *in forma pauperis* on appeal. (ECF No. 7). When the Court dismissed Plaintiff's case on September 12, 2025, it certified in writing that an appeal would not be taken in good faith. (ECF No. 4).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed *in forma pauperis* on appeal (ECF No. 7) is **DENIED**.

Dated this 24th day of November, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE